P. LORILLARD & Co. *v.* McAlpin and others.

(*Circuit Court, S. D. New York.* February 28, 1882.)

PATENTS FOR INVENTIONS—REISSUE.

A claim in a reissue cannot be extended so as to embrace an invention not specified in the original.

*Gifford & Gifford,* for plaintiffs.

*B. F. Thurston* and *S. A. Duncan,* for defendants.

BLATCHFORD, C. J. In view of the decision in *James* v. *Campbell,* 3 Morr. Trans. 439, there is so much doubt as to the validity of the reissue ["Improvement in Plug Tobacco," granted to Charles Siedler, October 24, 1876,] in this case, if construed, in regard to claims 1, 3, and 4, as covering labels not put under wrappers, that those claims must be construed, for the purposes of this motion, as not extending to labels not under wrappers. That being so, the defendants do not infringe.

The motion is denied.

---

THE MARKEE.[*]

(*Circuit Court, E. D. Pennsylvania.* October 27, 1882.)

ADMIRALTY—OPINION OF DISTRICT COURT—3 FED. REP. 45, AFFIRMED.

Appeal from a decree of the district court in a case fully reported in 3 FED. REP. 45.

McKENNAN, C. J. At the argument of this appeal I entertained some doubt as to the libelant's right to recover. Subsequent reflection has removed that doubt, and it is, therefore, now adjudged and decreed that the libelant recover from the respondent and his stipulator $910.50, with interest from August 31, 1877, and costs, except the costs of depositions taken by libelant since the appeal.

See *Kenah* v. *The Tug John Markee, Jr.,* 3 FED. REP. 45.

[*]Reported by Frank P. Prichard, Esq., of the Philadelphia bar.